# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MIKE PHILLIPS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-13-61-D ) |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

Plaintiff brought this action pursuant to 42 U.S.C. §405(g) for review of the decision of the Acting Commissioner of the Social Security Administration denying Plaintiff's application for supplemental security income benefits. The matter was referred to United States Magistrate Judge Suzanne Mitchell for initial proceedings in accordance with 28 U.S.C. §636 (b)(1)(B). The parties fully briefed their respective positions and, on March 28, 2014, the Magistrate Judge filed her Report and Recommendation [Doc. No. 20] in which she recommended that the Court reverse the decision of the Commissioner and remand the matter for further administrative proceedings.

In the Report and Recommendation, the Magistrate Judge advised the parties of the right to file objections to the same and directed the parties to file any objections no later than April 17, 2014. The Magistrate Judge further admonished the parties that failure to timely object would constitute a waiver of the right to appeal. The deadline for filing objections has expired and to date, neither party has filed objections or sought an extension of time in which to do so. Accordingly, the Report and Recommendation [Doc. No. 20] is adopted as though fully set forth herein.

In accordance with the foregoing, the decision of the Commissioner denying Plaintiff's application for supplemental security income benefits is REVERSED. This matter is REMANDED

to the Commissioner for further administrative proceedings, as more fully set forth in the Report and Recommendation.

IT IS SO ORDERED this 29th day of April, 2014.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE